UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE EDUARDO MEDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:26-cv-04520-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY-ONE (21) DAY DEADLINE |

On June 11, 2026, Plaintiff Jamie Eduardo Medina ("Plaintiff"), through counsel, filed this action seeking judicial review of a final decision of the Commissioner of Social Security Administration. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C § 1915. (ECF No. 2.)

Plaintiff reports that his last date of employment was December 21, 2021, and his wages were $29.00 per hour. (*Id.* at 1.) Plaintiff further indicates that in the past twelve months he has received living expenses in the amount of $1,820.00 per month from his family. (*Id.* at 2.) Yet, Plaintiff also reports $320,00.00 in real property assets. (*Id.*)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life. *Soldani v. Comm'r of Soc. Sec.,* No. 1:19-CV-0040, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019.) Currently, Plaintiff's real property assets are

1

inconsistent with a finding of poverty to proceed *in forma pauperis,* though it is unclear how much total equity Plaintiff possess in the reported Bakersfield home. *See Fisk v. McHugh,* No. 1:13-CV-00862-LJO, 2013 WL 3199061 (E.D. Cal. June 31, 2013) (requiring plaintiff to file long form where income and assets appear to place plaintiff over the poverty line). Having considered the application, the court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action. *See Gonzalez v. Nexus Administrators, LLC.,* No. 1:25-CV-00141-KES-SAB, 2025 WL 2106693 (E.D. Cal. July 28, 2025) (denying application to proceed *in forma pauperis* where assets stated in plaintiff's application are inconsistent with a finding of poverty).

Accordingly, the court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff is instructed not to leave fields empty, but rather write "zero" or "N/A" as appropriate in any fields that he intends to leave blank. If Plaintiff is unwilling to complete and submit the longform application, Plaintiff must pay the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that:

(1) The Clerk of the Court is Directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; and

(2) Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

(3) If Plaintiff fails to comply with the order, then this action may be dismissed.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE