UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE EDUARDO MEDINA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:26-cv-04520-FJS<br><br>ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS<br><br>(ECF Nos. 2, 4) |

Plaintiff Jamie Eduardo Medina ("Plaintiff") filed this action on June 11, 2026. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 4.) The court has reviewed Plaintiff's short form application (ECF No. 2) and long form application (ECF No. 4) to proceed *in forma pauperis* and has determined that Plaintiff has made the showing required by 28 U.S.C. 1915(a). Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED as follows:

(1) Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2, 4) are GRANTED; and

(2) The clerk of the court is directed to issue new case documents, including the

1

scheduling order; and

(3) The clerk of the court is also directed to issue summons and service shall proceed under the court's e-service program with the clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2