JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jaime Eduardo Medina,

Plaintiff,

vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

Defendant.

Case No. 1:26-cv-04520-KES-FJS

STIPULATION AND ORDER FOR EXTENSION OF TIME

Pending the court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the court's approval, that Plaintiff shall have a 2-day extension of time, from October 5, 2026, to October 7, 2026, for Plaintiff to serve on defendant with Plaintiff's motion for summary judgment. All other dates in the court's scheduling order shall be extended accordingly.

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of October 5, 2026, and October 12, 2026, the Plaintiff's Counsel has 5 merit briefs due. Counsel requires additional time to brief the issues thoroughly for the court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 29, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: *<u>/s/ Jonathan Omar Pena</u>*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 29, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By: *<u>*/s/ Roseanne C. Gillette Lazzarotto</u>*
Roseanne C. Gillette Lazzarotto
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 29, 2026)

ORDER

Pursuant to the parties' above stipulation, and good cause appearing, IT IS ORDERED that Plaintiff shall have a two (2) day extension of time, from October 5, 2026, to October 7, 2026, for Plaintiff to serve Defendant with Plaintiff's motion for summary judgment. Defendant's opposition and Plaintiff's reply brief shall also be extended accordingly.

IT IS SO ORDERED.

Dated: **October 2, 2026**

UNITED STATES MAGISTRATE JUDGE